IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES ENQUIST,

    Petitioner,                   No. CIV S-11-0572 JAM GGH P

    vs.

F. CHAVEZ, Warden, et al.,

    Respondents.                ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed; see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

    Accordingly, the Clerk of Court shall close this case.

DATED: April 25, 2011

                                 /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:mp
enqu0572.159ggh

1