UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES ENQUIST,

    Petitioner,

  v.

F. CHAVEZ,

    Respondent.

No. 2:11-cv-0572 JAM GGH P

ORDER

    The district court dismissed the petition as untimely and closed this case on September 26, 2012. Judgment was entered at that time. On May 20, 2014, while petitioner's appeal from the dismissal of his habeas was pending, the court of appeals issued an order stating that it was notified by the Attorney General that petitioner had passed away in prison. Enquist v. Chavez, No. 12-17560 (9th Cir. May 20, 2014). In light of that order, remanding to this court with directions,

    IT IS ORDERED that:

    1. Judgment entered on September 26, 2012 is reopened.

    2. The petition for habeas corpus is dismissed as moot.

    3. The Clerk of the Court shall enter judgment accordingly.

DATED: June 27, 2014

                                              /s/ John A. Mendez
                                              UNITED STATES DISTRICT COURT JUDGE